**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**WASHINGTON BENAVIDES MORAN,**

**Plaintiff,**

**- against -**

**PRINTEMPS AMERICA, INC.,**

**Defendant.**

---

**26-cv-7271 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to discuss settlement and provide an update to the Court by **December 7, 2026.** Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

The plaintiff is directed to serve a copy of this order on the defendant and file proof of service on the docket by **September 14, 2026.**

**SO ORDERED.**

**Dated:** **New York, New York**
**September 7, 2026**

**John G. Koeltl**
**United States District Judge**